11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

In re Ezell
Minton

No. 11-03-00389-CV B
Original Mandamus Proceeding 

 

On
December 3, 2003, Ezell Minton filed in this court a pro se petition for writ
of mandamus.  The same day, the clerk of
this court notified Minton that his petition failed to comply with TEX.R.APP.P.
52 and requested that he file a corrected petition within 30 days.  Minton has failed to reply to our December 3
letter.

The
petition filed on December 3 fails to state any actionable grounds for
relief.  The petition is denied.

 

PER CURIAM

 

February 5, 2004

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.